IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GROVE CITY VETERINARY SERVICE, LLC, an Ohio limited liability company; HEATHER M. FEES, DVM, an individual; and HEATHER FEES, DVM, LLC, an Ohio limited liability company, | 3:13-CV-02276-AC<br><br>ORDER |
| Plaintiffs, | |
| v. | |
| CHARTER PRACTICES INTERNATIONAL LLC, a Delaware limited liability company, | |
| Defendant. | |

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#39) on May 15, 2014, in which he recommends this Court grant Defendant's Motion (#18) to Dismiss, dismiss Count III of Plaintiffs' Complaint without prejudice, and grant in part and deny in part Plaintiffs' Motion (#29) for Leave to File First Amended Complaint. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#39).  Accordingly, the Court **GRANTS** Defendant's Motion (#18) to Dismiss and **DISMISSES** Count III of Plaintiffs' Complaint **without prejudice**.  The Court also **GRANTS in part** and **DENIES in part** Plaintiffs' Motion (#29) for Leave to File First Amended Complaint.  Plaintiffs may file a First Amended Complaint for review by the Magistrate Judge as set out in the Findings and Recommendation **no later than July 31, 2014.**

IT IS SO ORDERED.

DATED this 9th day of July, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER