William F. Martson, Jr., OSB No. 721634
  Direct Dial:  503.802.2005
  Fax:  503.972.3705
  E-Mail:  rick.martson@tonkon.com
Caroline Harris Crowne, OSB No. 021315
  Direct Dial: 503.802.2056
  Fax: 503.972.3756
  E-Mail: caroline.harris.crowne@tonkon.com
Ryan M. Bledsoe, OSB No. 073296
  Direct Dial: 503.802.2120
  Fax: 503.972.3820
  E-Mail: ryan.bledsoe@tonkon.com
Robyn Ridler Aoyagi, OSB No. 000168
  Direct Dial:  503.802.2158
  Fax: 503.972.3858
  E-Mail: robyn.aoyagi@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204
    Attorneys for Defendant Charter Practices
    International LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### (Portland Division)

| | |
|---|---|
| **GROVE CITY VETERINARY SERVICE, LLC,** an Ohio limited liability company, **HEATHER M. FEES, DVM**, an individual, and **HEATHER FEES, DVM, LLC**, an Ohio limited liability company, **THOMAS L. BALTZELL, DVM**, an individual and **POLARIS VETERINARY SERVICE, LLC,** an Ohio limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>**CHARTER PRACTICES INTERNATIONAL LLC**, a Delaware limited liability company,<br><br>    Defendant. | Civil No. 3:13-cv-02276-SI<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Page 1 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Grove City Veterinary Service, LLC, Heather M. Fees, DVM, Heather Fees DVM, LLC, Thomas L. Baltzell, DVM, and Polaris Veterinary Service, LLC and Defendant Charter Practices International LLC, by and through their undersigned counsel, notify the Court that the above-captioned matter has been settled, and the parties hereby stipulate to dismissal of the action in its entirety with prejudice and without costs or fees to any party.

SO STIPULATED this 20th day of June, 2016.

| | |
|---|---|
| **ZARCO EINHORN SALKOWSKI & BRITO, P.A.**<br><br>By _/s/ Himanshu Patel_<br>Robert Zarco, *pro hac vice*<br>Himanshu M. Patel, *pro hac vice*<br>Alaina B. Siminovsky, *pro hac vice*<br><br>**LAW OFFICES OF JUDY SNYDER**<br>Judy D. Snyder, OSB No. 732834<br><br>Of Attorneys for Plaintiffs<br>Grove City Veterinary Service, LLC, Heather M. Fees, DVM and Heather Fees, DVM, LLC | **TONKON TORP LLP**<br><br>By _/s/ William F. Martson, Jr._<br>William F. Martson, Jr., OSB No. 721634<br>Caroline Harris Crowne, OSB No. 021315<br>Ryan M. Bledsoe, OSB No. 073296<br>Robyn Ridler Aoyagi, OSB No. 000168<br><br>Of Attorneys for Defendant<br>Charter Practices International LLC |

## ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims are dismissed with prejudice and without costs or fees to any party.

DATED this 23rd day of June, 2016.

By: _/s/ Michael H. Simon_
Michael H. Simon
U.S. District Court Judge